# WARRANTY.

## No. 1.

### ADAMS & CO. against SIMPLE. Addison, 1816.

DEFENDANT sold to the plaintiff, fifty-five barrels of pork, and in the account of sales are these words : "The said Simple to be accountable for the quality and weight of the pork *only.*" It was decided that he was accountable in case the pork was not salted according to the usual custom.